THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER GUTTERSON, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERT KAHN, Appellant.—

No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LARKIN, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

EMANUEL RACKMAN, as Receiver of NORMAN WEINER, Appellant, v. WILLIAM FLASTER, Respondent.—

No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

WILFRID F. ROSAR, Respondent, v. J. HOWARD CAPRON, Individually and Doing Business under the Name of J. H. CAPRON COMPANY, et al., Defendants, and HARRY BERGER, as Receiver of J. HOWARD CAPRON (CAPRON COMPANY), Defendant-Appellant.—

No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

DANIEL UNDERHILL, as Executor of WILLIAM W. COCKS, Deceased, Respondent, v. ARTHUR E. BEGGS, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

## (May 12, 1943.)

ESTHER LEMLICH, Respondent, v. MARY LEMLICH, as Executrix of MARCUS S. LEMLICH, Deceased, Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

FANNIE ROISTACHER, as Administratrix of the Estate of MORRIS ROISTACHER, Deceased, Respondent, v. JAMES HURLEY, Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.